**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

| | | |
|---|---|---|
| **BINSAR RIONALD SIAHAAN,** | * | |
| Petitioner, | | |
| v. | * | Case No. 8:20-cv-02618 |
| **FRANCISCO MADRIGAL, et al.** | | |
| | * | |
| Respondents. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Following the Zoom.Gov hearing held on September 14, 2020, counsel conferred and submitted a joint proposed briefing schedule, ECF No. 11.  The briefing schedule proposed by counsel is APPROVED, and, subject to confirmation by the Court's operations staff that the schedule will permit a Zoom.Gov TRO hearing on October 2, 2020 at 2:00 P.M., there shall be a hearing at that date and time.  In the meantime, as agreed by counsel, the Court ORDERS that the Respondents shall not remove the Petitioner from the United States until such time as the Court rules on the TRO Motion.

/s/
_____
Paul W. Grimm
United States District Court
District of Maryland
Signed September 16, 2020